**Opinion issued July 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-01047-CV

_____

**EMMA THOMAS, Appellant**

**V.**

**A + FEDERAL CREDIT UNION, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1065009**

---

## MEMORANDUM OPINION

Appellant, Emma Thomas, proceeding *pro se*, has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a), (d), 38.8(a)(1). After being notified by the Clerk of this Court on June 8, 2016, that this appeal was subject to dismissal for want of prosecution if she failed to timely file her appellate brief within ten days of

the date of that notice, appellant failed to adequately respond.  *See id.* 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.